No. 141. KILLIAN v. UNITED STATES. . C. A. 7th Cir. Certiorari granted, limited to Questions 3 and 6 presented by the petition, which read as follows:

"3. Whether instructions to the jury properly defined membership in and affiliation to the Communist Party.

"6. Whether the production of statements which report payments to those witnesses, as informers, is excused after a complete foundation for their production under 18 U. S. Code § 3500 is laid, when all that the government has offered to produce at trial is a list of the amounts and dates of payments and there is no evidence as to what other facts are reported in those statements."

*M. Michael Essin* and *Basil R. Pollitt* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *George B. Searls* for the United States.

No. 389, Misc. HODGES v. UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to the appellate docket. *Henry B. Weaver, Jr., Quinn O'Connell* and *Hershel Shanks* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 159, Misc. OYLER v. ADAMS, WARDEN; and

No. 280, Misc. CRABTREE v. ADAMS, WARDEN. Motions for leave to proceed *in forma pauperis* and petitions for writs of certiorari to the Supreme Court of Appeals of West Virginia granted. Cases transferred to the appellate docket. *Fred H. Caplan* for respondent.